**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**KIDS FIRST EDUCATION LLC**                                        **PLAINTIFF**

**v.**                          **CASE NO. 2:25-CV-00161-BSM**

**KIPP DELTA INC.,** *et al.*                                       **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice, and

jurisdiction is retained to enforce the parties' settlement agreement.

IT IS SO ORDERED this 9th day of January, 2026.


_____
UNITED STATES DISTRICT JUDGE